# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Thomas D. Graham Charles Allen Fowls, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00271-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolina Blankets Inc. Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2023 Order.

February 2, 2023

Frank G. Johns, Clerk
United States District Court